IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC | § | CASE NO. 17-32255-BJH-7 |
| DEBTOR. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 18-03065 |
| | § | |
| SUMMIT EMERGENCY PHYSICIANS PLLC, | § | |
| Defendant. | § | |

## SUGGESTION OF BANKRUPTCY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Be advised on July 6, 2018, Defendant, SUMMIT EMERGENCY PHYSICIANS, PLLC ("Debtor"), filed for protection under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and was assigned case number 18-32298-sgj-7. Pursuant to 11 U.S.C. 362(a)(1), the bankruptcy filing stays, inter alia, the following actions:

The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claims against the debtor that arose before the commencement of the case under this title.

Dated: July 10, 2018           Respectfully submitted,

                                           */s/ Susan B. Hersh*
                                       Susan B. Hersh
                                       Susan B. Hersh, P.C.
                                       State Bar of Texas No. 09543925
                                       12770 Coit Road, Suite 1100
                                       Dallas, Texas 75251


susan@susanbhershpc.com
(972) 503-7070
(972) 503-7077 fax
Counsel for Summit Emergency Physicians, PLLC

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 10, 2018 a copy of the forgoing was served on Plaintiff's Counsel, Davor Rukavina  and Julian P. Vasek, Munsch, Hardt, Kopf & Harr, P.C., 500 N. Akard Street, Dallas, TX 75201,  by email and U.S. First Class Mail.


                                            */s/ Susan B. Hersh*